UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HILDA INEZ CARRETO,

          Plaintiff,

  - against -

CAROLYN W. COLVIN, Commissioner of
Social Security,

          Defendant.
------------------------------------------------------------X

**JUDGMENT**
15-CV-417 (RRM)

      A Memorandum and Order of the undersigned having been filed this day denying the Commissioner's motion for judgment on the pleadings; granting Carreto's cross-motion for judgment on the pleadings; and remanding the case to the Commissioner of Social Security for further proceedings consistent with this Court's Memorandum and Order; it is hereby

      ORDERED and ADJUDGED that this matter is remanded to the Commissioner of Social Security.

Dated: Brooklyn, New York
       August 30, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge